IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHNNY AUSTIN BENTON**  **PLAINTIFF**
ADC #088246

v.   NO: 4:22-CV-00470-LPR

**JOHN FELTS,** *et al*.   **DEFENDANTS**

## ORDER

Johnny Austin Benton ("Plaintiff") is in custody at the East Arkansas Regional Unit of the Arkansas Division of Correction and filed this action *pro se*.[1] He also filed an Application to Proceed Without Prepayment of Fees ("Application").[2]

An inmate seeking *in forma pauperis* status must submit an "affidavit that includes a statement of all assets such prisoner possesses that the person is unable to pay such fees or give security therefore. Such affidavit shall state the nature of the action . . . and affiant's belief that the person is entitled to redress."[3] An inmate seeking *in forma pauperis* status also must submit a Calculation of Initial Payment of Filing Fee sheet, prepared and signed by an authorized official of the detention facility, and "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official" of the facility where the inmate is confined.[4] Plaintiff did not provide a certified calculation sheet and certificate. Because Plaintiff did not submit a certified calculation sheet and certificate, his Application is incomplete and denied.

---

[1] Complaint, Doc. 2.

[2] Motion for Leave to Proceed *In Forma Pauperis*, Doc. 1.

[3] 28 U.S.C. § 1915(a)(1).

[4] 28 U.S.C. § 1915(a)(2).

Plaintiff is directed to submit within thirty (30) days of the date of this Order either the $402 filing fee or a proper and complete Affidavit, along with a calculation sheet and certificate signed by an authorized official of the facility in which he is incarcerated.  Plaintiff's failure to comply with this Order may result in the dismissal of his case without prejudice.[5]

It is therefore ordered that:

1.	Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. 1) is DENIED.

2.	The Clerk shall mail to Plaintiff an Application to Proceed Without Prepayment of Fees, including a calculation sheet.

3.	Plaintiff shall submit within thirty (30) days of the date of this Order either: (1) the statutory filing fee of $402; or (2) a proper and complete Affidavit in support of his Application to Proceed Without Prepayment of Fees.  Failure to do so may result in dismissal of this action without prejudice.

IT IS SO ORDERED this 25th day of May, 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[5] LOCAL RULE 5.5(c)(2). LOCAL RULE 5.5(c)(2) provides:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.